No.  **CR  07  00752  JF** ~~FILED~~ **RS**

# UNITED STATES DISTRICT COURT

2007 NOV 28  P 3: 11

**E-FILING**

## NORTHERN DISTRICT OF CALIFORNIA

~~KING~~
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

### *SAN JOSE DIVISION*

---

## THE UNITED STATES OF AMERICA

*vs.*

## JOEL FERNANDEZ-MAZARIEGO

---

# INDICTMENT

**COUNT ONE**:                    Title 8, U.S.C. § 1326 - Illegal Re-Entry Following
                                 Deportation

*A true bill.*

_____
                                                    **Foreperson**

---

*Filed in open court this* 28 *day of* November

*A.D.* 2007

_____
                                          *United States Magistrate Judge*

---

**Bail. $** ___No process required___

1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney

2

3

4  **E-FILING**

5

6

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11

12  UNITED STATES OF AMERICA,        )  **CR** No.  07  00752  **JF**
                                     )
13          Plaintiff,               )                                   **RS**
                                     )  VIOLATION:  8 U.S.C. § 1326 –
14      v.                           )  Illegal Re-Entry Following Deportation
                                     )
15  JOEL FERNANDEZ-MAZARIEGO,        )
                                     )
16          Defendant.               )
                                     )  SAN JOSE VENUE
17  ─────────────────────────────── )

18

19                    I N D I C T M E N T

20  The Grand Jury charges:

21      On or about November 2, 2007, the defendant,

22                  JOEL FERNANDEZ-MAZARIEGO,

23  an alien, previously having been arrested and deported from the United States on or about

24  December 12, 2001, was found in the Northern District of California, the Attorney General of the

25  United States and the Secretary for Homeland Security not having expressly consented to a re-

26  application by the defendant for admission into the United States, in violation of Title 8, United

27

28  //


INDICTMENT

FILED

2007 NOV 28  P 3: 11

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

1   States Code, Section 1326.

2

3   DATED: 11/28/07                          A TRUE BILL.

4
                                            _Ramona L Will_
5                                           FOREPERSON

6
    SCOTT N. SCHOOLS
7   United States Attorney

8

9
    _David R Callaway_
10  DAVID R. CALLAWAY
    Deputy Chief, San Jose Branch Office
11

12

13  (Approved as to form: _Bryan Kennedy_ )
                          SAUSA B. KENNEDY
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

    INDICTMENT

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED

─── OFFENSE CHARGED ───

Title 8, U.S.C. § 1326 - Illegal
Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

**E-FILING**

PENALTY:

20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment fee

─── DEFENDANT - U.S. ───
2007 NOV 28 P 3 11

JOEL FERNANDEZ-MAZARIEGO

RICHARD W. WIEKING
CLERK
DISTRICT COURT NUMBER
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

**CR 07 00752** JF
RS

─── PROCEEDING ───
Name of Complainant Agency, or Person (&Title, if any)

ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on THIS FORM

SCOTT N. SCHOOLS

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    BENJAMIN KENNEDY

─── DEFENDANT ───

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

Month/Day/Year

**DATE OF ARREST** ▶

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶

Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments: