1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney

2

3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division

4  BENJAMIN T. KENNEDY (CASBN 241350)
   Assistant United States Attorney

5

6    150 Almaden Boulevard
     San Jose, California 95113
     Telephone: (408) 535-5059

7    Facsimile:  (408) 535-5066
     Email: benjamin.t.kennedy@usdoj.gov

8

   Attorneys for the United States of America

9

10                  UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,          )    No.    CR 07-00752 JF
                                       )
15       Plaintiff,                    )    STIPULATION AND [PROPOSED]
                                       )    ORDER EXCLUDING TIME FROM
16   v.                                )    DECEMBER 12, 2007 TO DECEMBER 19,
                                       )    2007 FROM THE SPEEDY TRIAL ACT
17  JOEL FERNANDEZ-MAZARIEGO,          )    CALCULATION (18 U.S.C. §
                                       )    3161(h)(8)(A))
18       Defendant.                    )
                                       )
19  _____  )

20

21      The parties stipulate that the time between December 12, 2007 and December 19, 2007 is

22  excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the

23  requested continuance would unreasonably deny defense counsel reasonable time necessary for

24  effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree

25  that the ends of justice served by granting the requested continuance outweigh the best interest of

26  the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

27

28  //

                                       1

1  18 U.S.C. §3161(h)(8)(A).

2

3  DATED: December 12, 2007                SCOTT N. SCHOOLS
                                           United States Attorney
4

5                                          ___/s/_____
                                           BENJAMIN T. KENNEDY
6                                          Assistant United States Attorney

7

8                                          ___/s/_____
                                           LARA VINNARD
9                                          Assistant Federal Public Defender

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  **ORDER**

2      Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

3  ORDERS that the time between December 12, 2007 and December 19, 2007 is excluded under

4  the Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested

5  continuance would unreasonably deny defense counsel reasonable time necessary for effective

6  preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that

7  the ends of justice served by granting the requested continuance outweigh the best interest of the

8  public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The

9  court therefore concludes that this exclusion of time should be made under 18 U.S.C.

10  §3161(h)(8)(A).

11

12  IT IS SO ORDERED.

13  DATED:                             _____

                                     JEREMY FOGEL

14                                       UNITED STATES DISTRICT JUDGE

3