```
 1  JOSEPH P. RUSSONIELLO (CASBN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CASBN 163973)
 3  Chief, Criminal Division

 4  BENJAMIN T. KENNEDY (CASBN 241350)
    Assistant United States Attorney
 5
       150 Almaden Boulevard
 6     San Jose, California 95113
       Telephone: (408) 535-5059
 7     Facsimile:  (408) 535-5066
       Email: benjamin.t.kennedy@usdoj.gov
 8
    Attorneys for the United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No.  CR 07-00752 JF |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JANUARY 30, 2008 TO FEBRUARY 13, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| JOEL FERNANDEZ-MAZARIEGO, | |
| Defendant. | |

The parties stipulate that the time between January 30, 2008 and February 13, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

//

1  18 U.S.C. § 3161(h)(8)(A).
2
3  DATED: January 30, 2008                SCOTT N. SCHOOLS
                                          United States Attorney
4
5                                         ___/s/_____
                                          BENJAMIN T. KENNEDY
6                                         Assistant United States Attorney
7
8                                         ___/s/_____
                                          LARA VINNARD
9                                         Assistant Federal Public Defender
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between January 30, 2008 and February 13, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

DATED: _____

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE