UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, March 5, 2008
**Case Number:** CR-07-00752-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | UNITED STATES OF AMERICA V. JOEL FERNANDEZ-MAZARIEGO |
|---|---|

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Joel Fernandez-Mazariego |
| **Attorneys Present:** Benjamin Kennedy | **Attorneys Present:** Lara Vinnard |

PROCEEDINGS:

Further status review hearing held. Counsel and defendant are present. Continued to 4/2/08 at 9:00 a.m. for further status review. 28 days are excluded for the reasons stated.