**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition and Sentencing Hearing, April 2, 2008
**Case Number:** CR-07-00752-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:    **UNITED STATES OF AMERICA V. JOEL FERNANDEZ-MAZARIEGO**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Joel Fernandez-Mazariego |
| **Attorneys Present:** Benjamin Kennedy | **Attorneys Present:** Lara Vinnard |

---

PROCEEDINGS:

Disposition and sentencing hearing held. Counsel and defendant are present. Defendant pleads guilty to count 1 of the Indictment. Defendant is sentenced to 33 months prison; 3 years supervised release; and $100.00 special assessment.